IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTOINE WARREN, #176283, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 2:03-cv-545-F |
| | ) | WO |
| RALPH HOOKS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on May 24, 2005 (Doc. #15), said Recommendation is hereby ADOPTED and it is the ORDER, JUDGMENT and DECREE that the petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 is DENIED and that the costs of this proceeding are taxed against the petitioner.

DONE this 23rd day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE