IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ANTOINE WARREN, #176283,     ) | |
| ) | |
|    Petitioner,     ) | |
| v.     ) | CASE NO. 2:03-cv-545-F |
| ) | WO |
| RALPH HOOKS, *et al.*,     ) | |
| ) | |
|    Respondents.     ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and

against the petitioner, that this action is DISMISSED, and costs taxed against the petitioner.

The clerk of the court is directed to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 23rd day of June, 2005.

                                        /s/ Mark E. Fuller
                                 CHIEF UNITED STATES DISTRICT JUDGE